UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERWIN JEROME HOLT,

                    Petitioner,                    Case No. 1:17-cv-207

v.                                                  Honorable Paul L. Maloney

TONY TRIERWEILER,

                    Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  April 6, 2017                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge